OPINION — AG — ** LEASE — PURCHASE — EQUIPMENT — FIREFIGHTING ** THE BOARD OF DIRECTORS OF FIRE PROTECTION DISTRICTS EXISTING BY AUTHORITY OF 19 O.S. 901.1 [19-901.1] ET SEQ., 'MAY' OBTAIN FIREFIGHTING EQUIPMENT BY PURCHASE BY LEASE OR BY LEASE PURCHASE. (EQUIPMENT, PUBLIC CONTRACTS, LEASE PURCHASE, RENTAL, COUNTY, AGREEMENT, LEASE AGREEMENTS) CITE: 19 O.S. 901.1 [19-901.1], 19 O.S. 901.7 [19-901.7] [19-901.7], 74 O.S. 85.4 [74-85.4] (JAMES B. FRANKS)